AO 246A (Rev. 01/09)  Order of Discharge and Dismissal Under 18 U.S.C. § 3607(a)

# UNITED STATES DISTRICT COURT
for the

EASTERN  DISTRICT OF  CALIFORNIA

FILED
FEB 10 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No.  1:10MJ00020-01 GSA |
| CHRISTIAN R. NORTHCOTT | ) |
| *Defendant* | ) |

## ORDER OF DISCHARGE AND DISMISSAL UNDER 18 U.S.C. § 3607(a)

The supervising probation officer reports that the defendant has complied with the conditions of probation and recommends discharge from probation.

**IT IS ORDERED:**  The defendant is discharged from probation, and the proceedings are dismissed without a judgment of conviction.

Date:  2/10/11

_____
*Judge's Signature*

GARY S. AUSTIN; U.S. Magistrate Judge
*Printed Name and Title*

cc:  U.S. Probation
Laurel J. Montoya, Assistant United States Attorney
Richard P. Berman, Defense Counsel

Rev. 02/2009 (ED/CA)
PREJUDGMENT - DISCHARGE (AO246A).MRG